[Nos. 25586-3-II; 25618-5-II.  Division Two.  August 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW ANGELO VEJAR, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN ACE WILLIAMS, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 99-1-03825-0 and 99-1-03826–8, Nile E. Aubrey, J., entered February 4 and 11, 2000. *Affirmed in part, vacated in part,* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 25601-1-II.  Division Two.  August 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. RYAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 99-1-00103-4, Gordon Godfrey, J., entered January 27, 2000. *Reversed* by unpublished opinion per Morgan, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 25939-7-II.  Division Two.  August 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SUZANNE COZAD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04437-3, Stephanie A. Arend, J., entered May 8, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.